1  Leila H. Watson
2  B. Kristian W. Rasmussen, III
   **Cory, Watson, Crowder, & Degaris, P.C.**
3  2131 Magnolia Avenue
   Birmingham, Alabama 35205
4  Telephone: (205) 328-2200
   Facsimile: (205) 324-7896
5  Attorneys for Plaintiffs

6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | IN RE: BEXTRA AND CELEBREX          ) **MDL NO. 1699**
   | MARKETING SALES PRACTICES AND       ) **District Judge: Charles R. Breyer**
13 | PRODUCT LIABILITY LITIGATION        )

14 | This Document Relates To:            )

15 | *Tammie Bridgmon, Administrator of the Estate* ) **STIPULATION AND ORDER OF**
   | *of Rose Smith, deceased v. Pfizer Inc*        ) **DISMISSAL WITH PREJUDICE**
16 | (06-7394 CRB)                        )

17 | *Harmon David Kelley, et al. v. Pfizer Inc*    )
   | (06-3488 CRB)                        )
18 |                                      )
   | *Randall Harrison, et al. v. Pfizer Inc*       )
19 | (07-2032 CRB)                        )

20 | *Alvin F. Johnson, et al. v. Pfizer Inc*       )
   | (07-1406 CRB)                        )
21 |                                      )
   | *Lorenza Minor, et al. v. Pfizer Inc*          )
22 | (07-1470 CRB)                        )

23 | *Stephen W. Morris, et al. v. Pfizer Inc*      )
   | (07-2223 CRB)                        )
24 |                                      )
   | *Marie A. Teal, individually v. Pfizer Inc, et al.* )
25 | (08-1008 CRB)                        )

26      Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

27 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42583498.1

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10/3, 2009    By: /s/ Leila H. Watson

**CORY, WATSON, CROWDER, & DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Attorneys for Plaintiffs*

DATED: Nov. 4, 2009    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009    /s/
Hon. Charles R. Breyer
United States District Court